UNITED STATES of America,
Plaintiff—Appellee,

v.

Dickinson Norman ADIONSER, a/k/a
D.C. Black, Defendant–
Appellant.

No. 14–7417.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2015.

Decided: July 7, 2015.

Dickinson Norman Adionser, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dickinson Norman Adionser appeals the district court's order denying his motions to recuse and compel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Adionser,* No. 2:03–cr–00081–HCM–JEB–1 (E.D.Va. Sept. 9, 2014). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*